<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6257**

UNITED STATES OF AMERICA,

               Plaintiff – Appellee,

    v.

STEVEN FOWLER, a/k/a Grease,

               Defendant – Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., District Judge. (1:99-cr-00010-WO-1; 1:05-cv-00162-RAE)

Submitted: April 27, 2010         Decided: May 20, 2010

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Fowler, Appellant Pro Se. Sandra Jane Hairston, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Fowler appeals the district court's order denying his Fed. R. Civ. P. 60 motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Fowler, Nos. 1:99-cr-00010-WO-1; 1:05-cv-00162-RAE (M.D.N.C. Dec. 21, 2009 & Feb. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for a certificate of appealability is denied.

AFFIRMED